UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 54 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

FRAZIER            :

v.                 :       NO. 3:03cv358 (JBA)

VITAL WORKS        :

## SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 10/22/03, the following schedule is ordered:

1. Defendants' Motion to Dismiss will be filed by 11/14/03.

2. Plaintiff's Opposition to Defendants' Motion to Dismiss will be filed by 12/5/03.

3. Defendants' Reply, if any, will be filed by 12/15/03.

4. All discovery and other proceedings are stayed pursuant to the PLSRA.

5. The parties' 26(f) Planning Report will be filed ten days following the court's ruling on motion to dismiss.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    October 23, 2003