**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BERNARD FRAZIER, et al. | : | CIVIL ACTION NO. |
| | : | 3:03 CV 358 (JBA) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| VITAL WORKS, INC., et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 14, 2003 |

**DEFENDANTS' MOTION TO DISMISS**
**THE CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants VitalWorks, Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto, hereby move pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, to dismiss plaintiffs' Consolidated Class Action Complaint dated July 31, 2003 for the reasons set forth in Defendants' accompanying Memorandum of Law.

**ORAL ARGUMENT REQUESTED**

Pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Defendants are filing herewith their memorandum of law, along with an affidavit from Terence J. Gallagher with attached exhibits.

        DEFENDANTS, VITALWORKS, INC., JOSEPH M. WALSH, MICHAEL A. MANTO AND STEPHEN N. KAHANE

By: _____
      Jonathan B. Tropp (ct11295)
      Terence J. Gallagher (ct22415)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901
      (203) 977-7300 – Telephone
      (203) 977-7301 – Facsimile
      tjgallagher@dbh.com – E-mail

          - and –

      Jonathan Hoff (ct25089)
      Jasmine Khalili (ct25090)
      Cadwalader Wickersham & Taft LLP
      100 Maiden Lane
      New York, NY 10023
      (212) 504-6000 – Telephone
      (212) 504-6666 – Facsimile

      Their Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 14th day of November, 2003, to:

>Andrew Schatz, Esq.
>Patrick Klingman, Esq.
>Schatz & Nobel, P.C.
>330 Main Street
>Hartford, CT 06106-1851
>
>Keith M. Fleischman, Esq.
>Mark T. Millkey, Esq.
>Michael S. Bigin, Esq.
>Bernstein Liebhard & Lifshitz, LLP
>10 East 40th Street
>New York, NY 10016

                                                            _____
                                                               Terence J. Gallagher