n.5 (D.N.J. 1999); <u>Mishkin</u>, 1998 WL 651065, at *26. The vague and generalized allegations in the Complaint do not come close to meeting these requirements. Other than non-actionable statements by Defendant Walsh, the Complaint does not allege a single fact outlining the participation of any of the Individual Defendants in the purported fraud.

## CONCLUSION

For the reasons set forth above, the Complaint should be dismissed in its entirety with prejudice.

                    DEFENDANTS, VITALWORKS, INC., JOSEPH
                    M. WALSH, MICHAEL A. MANTO AND
                    STEPHEN N. KAHANE

By: /s/ Jonathan B. Tropp

Jonathan B. Tropp (ct11295)
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile
tjgallagher@dbh.com – E-mail

– and –

Jonathan Hoff (ct25089)
Jasmine Khalili (ct25090)
Cadwalader Wickersham & Taft LLP
100 Maiden Lane
New York, NY 10023
(212) 504-6000 – Telephone
(212) 504-6666 – Facsimile

Their Attorneys

-42-

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via overnight courier, postage prepaid, this 14th day of November, 2003, to:

    Andrew Schatz, Esq.
    Patrick Klingman, Esq.
    Schatz & Nobel, P.C.
    330 Main Street
    Hartford, CT 06106-1851

    Keith M. Fleischman, Esq.
    Mark T. Millkey, Esq.
    Michael S. Bigin, Esq.
    Bernstein Liebhard & Lifshitz, LLP
    10 East 40th Street
    New York, NY 10016

                                                                     Terence J. Gallagher