UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRAZIER, et al.,

        Plaintiffs,

vs.

VITALWORKS, INC., et al.,

        Defendants.

Civil Action No.
3:03cv358 (JBA)

December 5, 2003

**DECLARATION OF PATRICK A. KLINGMAN IN SUPPORT OF
LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Patrick A. Klingman, declare as follows:

1. I am an attorney with Schatz & Nobel, P.C., counsel for lead plaintiff in connection with the above-captioned matter. I respectfully submit this Declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the Form 4 of Stephen N. Kahane dated March 7, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of the Form 4 of Joseph M. Walsh dated June 6, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of relevant pages from VitalWorks' Proxy Statement filed on April 30, 2003.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 5, 2003.

_____
PATRICK A. KLINGMAN

Case 3:03-cv-00358-JBA    Document 34    Filed 12/05/2003    Page 3 of 16

**FORM 4**

- Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

OMB APPROVAL

OMB Number: 3235-0287
Expires: December 31, 2001
Estimated average burden hours per response......0.5

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

(Print or Type Responses)

**1. Name and Address of Reporting Person***

| (Last) | (First) | (Middle) |
|---|---|---|
| Kahane | Stephen | N. |

(Street)
c/o VitalWorks Inc., 239 Ethan Allen Highway

| (City) | (State) | (Zip) |
|---|---|---|
| Ridgefield | Connecticut | 06877 |

**2. Issuer Name and Ticker or Trading Symbol**
VitalWorks Inc. ("VWKS")

**3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary)**

**4. Statement for Month/Year**
2/02

**5. If Amendment, Date of Original (Month/Year)**

**6. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

- X Director
- X Officer (give title below)
- ___ 10% Owner
- ___ Other (specify below)

Executive Vice President and Chief Strategy Officer

**7. Individual or Joint/Group Filing** (Check Applicable Line)

- X Form filed by One Reporting Person
- ___ Form filed by More than One Reporting Person

### Table I – Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (a) | 2/22/02 | S | | 35,000 | D | 4.4625 | 21,219 | D | |
| Common Stock (b) | 2/5/02 | P | V | 2,012 | A | 2.64 | | | |

(a) sold to Kenneth Adams, also a director of the Company, in a private transaction. Price received for each share was the four day average closing price of VitalWorks starting on Tuesday, February 19, 2002 and ending on Friday, February 22, 2002.
(b) purchased through the company's Employee Stock Purchase Plan

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4(b)(v).

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
SEC 1474 (3-99)

RECEIVED MAR 11 2002    366

FORM 4 (continued) Table II -- Derivative Securities Acquired, Disposed of, or Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr.4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Right to buy | $5.65 | 12/31/01 | A | | 200 | | 12/31/05 | 12/31/11 | Common stock | 200 | $5.65 | 2,079,137 | D | |

Explanation of Responses:

***Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
*See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *See* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

_[signature]_  3/7/02
\*\*Signature of Reporting Person   Date
John M. Weaver for Stephen N. Kahane

Case 3:03-cv-00358-JBA    Document 34    Filed 12/05/2003    Page 6 of 16

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). ☐

(Print or Type Responses)

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: January 31, 2005 |
| Estimated average burden hours per response. . . . 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) Walsh  Joseph  M. | VitalWorks Inc. ("VWKS") | _X_ Director  ___ 10% Owner  _X_ Officer (give title below)  ___ Other (specify below) |
| (Street) c/o VitalWorks Inc. 239 Ethan Allen Highway Ridgefield, CT 06877 | 3. I.R.S. Identification Number of Reporting Person, if an entity (voluntary) | Chairman of the Board, President and Chief Executive Officer |
| (City) (State) (Zip) | 4. Statement for Month/Year 5/02 | 7. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person  ___ Form filed by More than One Reporting Person |
| | 5. If Amendment, Date of Original (Month/Year) | |

### Table I — Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 5/31/02 | X | | 5,926 | A | $2.32 | | I | (a) |
| Common Stock | 5/31/02 | X | | 47,625 | A | $2.10 | | I | (a) |
| Common Stock | 5/31/02 | X | | 5,185 | A | $1.33 | | I | (a) |
| Common Stock | 5/31/02 | S | | 5,926 | D | $8.6918 | | I | (a) |
| Common Stock | 5/31/02 | S | | 47,625 | D | $8.6918 | | I | (a) |
| Common Stock | 5/31/02 | S | | 5,185 | D | $8.6918 | 4,112 | I | (a) |
| | | | | | | | 1,059,000 | D | |

(a) owned directly by Sarah M. Walsh, wife of the Registrant

31663402

| 1. Title of Derivative Security (Instr.3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Securities Beneficially Owned at End of Month (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Right to buy | $2.32 | 5/31/02 | X | | | 5,926 | 1/1/02 | 1/1/08 | Common Stock | 5,926 | $2.32 | 0 | I | (a) |
| Right to buy | $2.10 | 5/31/02 | X | | | 47,625 | (b) | 8/21/10 | Common Stock | 47,625 | $2.10 | 142,875 | I | (a) |
| Right to buy | $1.33 | 5/31/02 | X | | | 5,185 | (c) | 1/24/11 | Common Stock | 5,185 | $1.33 | 9,631 | I | (a) |

Explanation of Responses:
(a) owned directly by Sarah M. Walsh, wife of the Registrant
(b) these options will vest in four, cumulative annual installments of 25% each beginning on 08/21/01.
(c) these options will vest over a 42-month period (25% on the first anniversary of the Grant Date (01/24/02) and, thereafter, 75% shall vest, over the remaining 30-month period, in equal monthly installments).

_John M. Weaver_
\*\*Signature of Reporting Person
John M. Weaver for Joseph M. Walsh

June 6, 2002
Date

Reminder:  Report on a separate line for each class of securities beneficially owned directly or indirectly.
 \*  If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).
 \*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, on of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure

http://www.sec.gov/divisions/corpfin/forms/4.htm
Last update: 02/11/2002



Case 3:03-cv-00358-JBA     Document 34     Filed 12/05/2003     Page 9 of 16

```
<DOCUMENT>
<TYPE>DEF 14A
<SEQUENCE>1
<FILENAME>y85818def14a.txt
<DESCRIPTION>VITALWORKS INC
<TEXT>
<PAGE>
```

```
                    SCHEDULE 14A
                   (RULE 14a-101)

        INFORMATION REQUIRED IN PROXY STATEMENT
                SCHEDULE 14A INFORMATION

   PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE SECURITIES
             EXCHANGE ACT OF 1934 (AMENDMENT NO.      )
```

Filed by the Registrant [X]
Filed by a Party other than the Registrant [ ]
Check the appropriate box:

[ ] Preliminary Proxy Statement          [ ] Confidential, for Use of the
                                             Commission Only (as permitted
                                             by Rule 14a-6(e)(2))
[X] Definitive proxy statement.
[ ] Definitive additional materials
[ ] Soliciting material under Rule 14a-12

                        VitalWorks Inc.
--------------------------------------------------------------------------------
             (Name of Registrant as Specified In Its Charter)

--------------------------------------------------------------------------------
   (Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of filing fee (check the appropriate box):
[X] No fee required.
[ ] Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

   (1) Title of each class of securities to which transaction applies:

--------------------------------------------------------------------------------

   (2) Aggregate number of securities to which transaction applies:

--------------------------------------------------------------------------------

```
(3) Per unit price or other underlying value of transaction computed pursuant to
    Exchange Act Rule 0-11 (set forth the amount on which the filing fee is
    calculated and state how it was determined):

--------------------------------------------------------------------------------
(4) Proposed maximum aggregate value of transaction:

--------------------------------------------------------------------------------
(5) Total fee paid:

--------------------------------------------------------------------------------

[ ] Fee paid previously with preliminary materials.

[ ] Check box if any part of the fee is offset as provided by Exchange Act Rule
    0-11(a)(2) and identify the filing for which the offsetting fee was paid
    previously. Identify the previous filing by registration statement number, or
    the Form or Schedule and the date of its filing.

(1) Amount Previously Paid:

--------------------------------------------------------------------------------
(2) Form, Schedule or Registration Statement No.:

--------------------------------------------------------------------------------
(3) Filing Party:

--------------------------------------------------------------------------------
(4) Date Filed:

--------------------------------------------------------------------------------
```

<PAGE>

[VitalWorks LOGO]

APRIL 30, 2003

Dear Stockholder:

We cordially invite you to attend the 2003 Annual Meeting of Stockholders of VitalWorks Inc., to be held on Wednesday, June 11, 2003 at the Lounsbury House, 316 Main Street, Ridgefield, Connecticut 06877. The meeting will begin promptly at 10:00 a.m., local time, and we hope that it will be possible for you to attend.

The items of business are listed in the following Notice of Annual Meeting and are more fully addressed in the attached Proxy Statement.

Please date, sign, and return your proxy card in the enclosed envelope as soon as possible or follow the instructions on the proxy card to vote over the Internet to assure that your shares will be represented and voted at the Annual Meeting, even if you cannot attend. If you attend the Annual Meeting, you may vote your shares in person even though you have previously signed and returned your proxy card or voted over the Internet.

On behalf of your Board of Directors, thank you for your continued support and interest in VitalWorks.

        Sincerely,

        /s/ JOSEPH M. WALSH

        Joseph M. Walsh
        Chairman of the Board, President and
        Chief Executive Officer

<PAGE>

        VITALWORKS INC.
    239 ETHAN ALLEN HIGHWAY
   RIDGEFIELD, CONNECTICUT 06877
   ---------------------------------

   NOTICE OF ANNUAL MEETING OF STOCKHOLDERS
    TO BE HELD WEDNESDAY, JUNE 11, 2003

NOTICE IS HEREBY GIVEN that the Annual Meeting of Stockholders of VitalWorks Inc. will be held on Wednesday, June 11, 2003 at 10:00 a.m., local time, at the Lounsbury House, 316 Main Street, Ridgefield, Connecticut 06877, for the following purposes:

1.  To elect six (6) members of the Board of Directors to hold office until the 2004 Annual Meeting of Stockholders.

2.  To ratify the selection by the Audit Committee of the Board of Directors of BDO Seidman, LLP as independent auditors for VitalWorks for the year ending December 31, 2003.

3.  To transact such other business as may properly come before the meeting

* Less than one percent.

AGGREGATE OPTION EXERCISES IN LAST FISCAL YEAR AND YEAR-END OPTION VALUES

Shown below is information with respect to the number of VitalWorks shares acquired upon exercise of stock options and the aggregate gains realized on exercises during 2002 for the Named Executive Officers. The table also sets forth the number of shares covered by exercisable and unexercisable options held by these executive officers on December 31, 2002 and the aggregate gains that would have been realized had these options been exercised on December 31, 2002, even though these options were not exercised, and the unexercisable options could not have been exercised at that time.

&lt;Table&gt;
&lt;Caption&gt;

| NAME | SHARES ACQUIRED ON EXERCISE(#) | VALUE REALIZED($) | NUMBER OF SECURITIES UNDERLYING UNEXERCISED OPTIONS AT FISCAL YEAR END(#) | | VALUE OF UNEXERCISED IN-THE-MONEY OPTIONS AT FISCAL YEAR END($)(1) | |
|---|---|---|---|---|---|---|
| | | | EXERCISABLE | UNEXERCISABLE | EXERCISABLE | UNEXERCISABLE |
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; | &lt;C&gt; |
| Joseph M. Walsh(2)............ | 50,000(3) | 52,500 | 1,226,348 | 636,051 | 2,144,145 | 1,112,362 |
| Stephen N. Kahane, M.D., M.S. ......................... | 355,190 | 2,170,625 | 1,205,376 | 518,571 | 1,498,221 | 695,400 |
| Michael A. Manto.............. | 255,000(3) | 1,539,550 | 935,628 | 396,974 | 1,637,349 | 694,665 |
| C. Daren McCormick............ | 45,000 | 277,851 | 178,625 | 200,531 | 292,240 | 359,957 |
| Stephen L. Hicks.............. | 103,512(3) | 643,000 | 134,614 | 79,474 | 235,575 | 139,040 |

&lt;/Table&gt;

---

(1) The closing price for our common stock as reported by The Nasdaq National Market on December 31, 2002 was $3.85. The value is calculated on the basis of the difference between the option exercise price and $3.85, multiplied by the shares of common stock underlying the option.

(2) Does not include the following options held by Mr. Walsh's spouse, a management employee of the Company: (i) exercisable options to purchase 50,641 shares of our common stock, all of which are in-the-money, with a value at fiscal year end of $89,958 and (ii) unexercisable options to purchase 103,334 shares of our common stock, 102,911 of which are in-the-money with a value at fiscal year end of $185,522. Also does not

include exercise by Mr. Walsh's spouse of options to purchase 58,736 shares of our common stock, with $389,865 in value realized.

(3) As of the date of this Proxy Statement, Messrs. Walsh, Manto and Hicks continue to hold 50,000, 55,000 and 20,000 of these shares, respectively.

<PAGE>

10

EQUITY COMPENSATION PLAN INFORMATION

The following table provides information about the securities authorized for issuance under the Company's equity compensation plans as of December 31, 2002:

<Table>
<Caption>

| PLAN CATEGORY | (A) NUMBER OF SECURITIES TO BE ISSUED UPON EXERCISE OF OUTSTANDING OPTIONS, WARRANTS AND RIGHTS | (B) WEIGHTED-AVERAGE EXERCISE PRICE OF OUTSTANDING OPTIONS, WARRANTS AND RIGHTS | (C) NUMBER OF SECURITIES REMAINING AVAILABLE FOR FUTURE ISSUANCE UNDER EQUITY COMPENSATION PLANS (EXCLUDING SECURITIES REFLECTED IN COLUMN (A)) |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Equity compensation plans approved by security holders(1)................. | 2,374,898 | $4.76 | 7,122,556(2) |
| Equity compensation plans not approved by security holders(3)................. | 7,152,792 | $2.13 | 12,079,107 |
| Total........................ | 9,527,690 | $2.79 | 19,201,663(2) |
|  | ========= |  | ========== |

</Table>

(1) Consists of our:

    - 2002 Employee Stock Purchase Plan

    - 1996 Stock Option Plan

solicitation materials to such beneficial owners.

HOUSEHOLDING

Some banks, brokers and other nominee record holders may be participating in the practice of "householding" proxy statements and annual reports. This means that only one copy of our proxy statement or annual report may have been sent to multiple stockholders in your household. We will promptly deliver a separate copy of either document to you if you call or write us at the following address or phone number:

VitalWorks Inc.
Attn: Investor Relations
239 Ethan Allen Highway
Ridgefield, Connecticut 06877
Telephone:(203) 894-1300

If you want to receive separate copies of the annual report and proxy statement in the future, or if you are receiving multiple copies and would like to receive only one copy for your household, you should contact your bank, broker, or other nominee record holder, or you may contact us at the above address and phone number.

By Order of the Board of Directors,

/s/ JOSEPH M. WALSH
Joseph M. Walsh
Chairman of the Board, President and
Chief Executive Officer

Ridgefield, Connecticut
April 30, 2003

THE BOARD OF DIRECTORS HOPES THAT STOCKHOLDERS WILL ATTEND THE MEETING. WHETHER OR NOT YOU PLAN TO ATTEND, YOU ARE URGED TO COMPLETE, DATE, SIGN AND RETURN THE ENCLOSED PROXY IN THE ACCOMPANYING ENVELOPE OR VOTE OVER THE INTERNET. PROMPT RESPONSE WILL GREATLY FACILITATE ARRANGEMENTS FOR THE MEETING, AND YOUR COOPERATION WILL BE APPRECIATED. STOCKHOLDERS WHO ATTEND THE MEETING MAY VOTE THEIR STOCK PERSONALLY EVEN THOUGH THEY HAVE SENT IN THEIR PROXIES OR VOTED OVER THE INTERNET.

20

<PAGE>

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2003, a copy of the foregoing was sent, via first class mail, postage prepaid, to the following:

Jonathan Hoff  
Jasmine Khalili  
**Cadwalader, Wickersham & Taft LLP**  
100 Maiden Lane  
New York, New York  10023

Jonathan B. Tropp  
Terence J. Gallagher  
**Day Berry & Howard, LLP**  
One Canterbury Green  
Stamford, Connecticut  06901

_____  
Patrick A. Klingman