**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BERNARD FRAZIER, On Behalf of Himself and All Others Similarly Situated | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 358 (JBA) |
| vs. | : : | |
| VITAL WORKS, INC., JOSEPH M. WALSH, STEPHEN N. KAHANE and MICHAEL A. MANTO, | : : : : | |
| Defendants. | : | DECEMBER 10, 2003 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Pursuant to Local Civil Rule of the United States District Court for the District of Connecticut 7(b), Defendants VitalWorks, Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto respectfully request that the Court grant them a four-day extension of time to respond to plaintiff's opposition to the motion to dismiss the complaint in this matter, presently due on December 15, 2003, to and including December 19, 2003. The additional time is necessary to properly prepare the reply due to the illness of counsel and to respond to a number of the discrete issues raised by plaintiff's opposition.

This is the defendants' first request for an extension of time to reply to plaintiff's opposition to the motion to dismiss the complaint.

**ORAL ARGUMENT NOT REQUESTED**

-2-

Undersigned counsel has contacted plaintiff's counsel who consent to this motion.

Wherefore, defendants respectfully request that the due date for the defendants' reply to plaintiff's opposition to the motion to dismiss be extended to and including December 19, 2003.

By: _____
    Jonathan B. Tropp (ct11295)
    Terence J. Gallagher (ct22415)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300 – Telephone
    (203) 977-7301 – Facsimile
    tjgallagher@dbh.com – E-mail

Attorneys for VitalWorks, Inc., Joseph M. Walsh, Stephen W. Kahane, and Michael A. Manto

-3-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 10th day of December, 2003, to:

      Andrew Schatz, Esq.
      Patrick Klingman, Esq.
      Schatz & Nobel, P.C.
      330 Main Street
      Hartford, CT 06106-1851

      Keith M. Fleischman, Esq.
      Mark T. Millkey, Esq.
      Michael S. Bigin, Esq.
      Bernstein Liebhard & Lifshitz, LLP
      10 East 40th Street
      New York, NY 10016

                                                    _____
                                                    Terence J. Gallagher