UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 11  10 20 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

BERNARD FRAZIER, On Behalf of  :
Himself and All Others Similarly Situated :
                                          :
            Plaintiff,                    :   CIVIL ACTION NO.
                                          :   3:03 CV 358 (JBA)
     vs.                                  :
                                          :
VITAL WORKS, INC., JOSEPH M. WALSH,       :
STEPHEN N. KAHANE and MICHAEL A.          :
MANTO,                                    :
                                          :
            Defendants.                   :   DECEMBER 10, 2003


## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Local Civil Rule of the United States District Court for the District of Connecticut 7(b), Defendants VitalWorks, Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto respectfully request that the Court grant them a four-day extension of time to respond to plaintiff's opposition to the motion to dismiss the complaint in this matter, presently due on December 15, 2003, to and including December 19, 2003. The additional time is necessary to properly prepare the reply due to the illness of counsel and to respond to a number of the discrete issues raised by plaintiff's opposition.

This is the defendants' first request for an extension of time to reply to plaintiff's opposition to the motion to dismiss the complaint.

FILED
Dec 18  9 29 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**ORAL ARGUMENT NOT REQUESTED**

12/16/03: Motion GRANTED, with consent, to and including 12/19/03.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.
Janet Bond Arterton, U.S.D.J.