UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BERNARD FRAZIER, On Behalf of Himself and All Others Similarly Situated | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 358 (JBA) |
| vs. | : : | |
| VITAL WORKS, INC., JOSEPH M. WALSH, STEPHEN N. KAHANE and MICHAEL A. MANTO, | : : : : | |
| Defendants. | : | DECEMBER 19, 2003 |

**MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**

Pursuant to Rule 7 of the Local Rules of the Untied States District Court for the District of Connecticut, defendants VitalWorks, Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto ("Defendants") hereby move for leave to file a reply brief exceeding 10 pages in length. In support of this motion, Defendants hereby represent that plaintiff has filed a 40 page opposition with many discrete issues to be addressed. Although Defendants' 16-page reply brief exceeds the 10 pages permitted as of right under local rule, an additional 6 pages were necessary to respond to the arguments made in plaintiff's 40-page opposition memorandum.

Defendants believe that the arguments raised in their reply brief will be of substantial assistance to the Court in addressing the arguments raised in plaintiffs' opposition memorandum.

**ORAL ARGUMENT NOT REQUESTED**

-2-

WHEREFORE, Defendants respectfully request that Defendants Reply Memorandum of Law in Further Support of Their Motion to Dismiss, submitted herewith, be docketed for filing.

        VITALWORKS, INC., JOSEPH M.
WALSH, STEPHEN W. KAHANE, AND
MICHAEL A. MANTO

By: _____
    Jonathan B. Tropp (ct11295)
    Terence J. Gallagher (ct22415)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300 – Telephone
    (203) 977-7301 – Facsimile
    tjgallagher@dbh.com – E-mail

Their Attorneys

-3-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 19th day of December, 2003, to:

      Andrew Schatz, Esq.
      Patrick Klingman, Esq.
      Schatz & Nobel, P.C.
      330 Main Street
      Hartford, CT 06106-1851

      Keith M. Fleischman, Esq.
      Mark T. Millkey, Esq.
      Michael S. Bigin, Esq.
      Bernstein Liebhard & Lifshitz, LLP
      10 East 40th Street
      New York, NY 10016


                                                                 _____
                                                                         Terence J. Gallagher