# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

BERNARD FRAZIER, On Behalf of
Himself and All Others Similarly Situated

    Plaintiff,

vs.

VITAL WORKS, INC., JOSEPH M. WALSH,
STEPHEN N. KAHANE and MICHAEL A.
MANTO,

    Defendants.

FILED
2003 DEC 19 P 5:02
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL ACTION NO.
3:03 CV 358 (JBA)

DECEMBER 19, 2003

## MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

Pursuant to Rule 7 of the Local Rules of the Untied States District Court for the District of Connecticut, defendants VitalWorks, Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto ("Defendants") hereby move for leave to file a reply brief exceeding 10 pages in length. In support of this motion, Defendants hereby represent that plaintiff has filed a 40 page opposition with many discrete issues to be addressed. Although Defendants' 16-page reply brief exceeds the 10 pages permitted as of right under local rule, an additional 6 pages were necessary to respond to the arguments made in plaintiff's 40-page opposition memorandum.

Defendants believe that the arguments raised in their reply brief will be of substantial assistance to the Court in addressing the arguments raised in plaintiffs' opposition memorandum.

**ORAL ARGUMENT NOT REQUESTED**

*[Margin annotation: The Clerk is directed to docket Defendant's Memorandum of Law. Janet Bond Arterton, U.S.D.J.]*

*[Margin annotation: 12/30/03: Motion GRANTED. IT IS SO ORDERED. New Haven, CT]*

FILED 2003 DEC 31 9 20 AM U.S. DISTRICT COURT NEW HAVEN, CONN.