**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| BERNARD FRAZIER, On Behalf of Himself and All Others Similarly Situated | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 358 (JBA) |
| vs. | : : | |
| VITAL WORKS, INC., JOSEPH M. WALSH, STEPHEN N. KAHANE and MICHAEL A. MANTO, | : : : : | |
| Defendants. | : | DECEMBER 19, 2003 |

Please take notice that Plaintiffs have manually filed the following document:

Compendium of Unreported Authority

This document has not been filed electronically because:

[ ]  the document cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

                    Respectfully submitted,

                    VITALWORKS, INC., JOSEPH M. WALSH, STEPHEN W. KAHANE, AND MICHAEL A. MANTO

                    By: _____
                        Jonathan B. Tropp (ct11295)
                        Terence J. Gallagher (ct22415)
                        DAY, BERRY & HOWARD LLP
                        One Canterbury Green
                        Stamford, Connecticut 06901
                        (203) 977-7300 – Telephone
                        (203) 977-7301 – Facsimile
                        tjgallagher@dbh.com – E-mail

                        and

                    CADWALADER, WICKERSHAM & TAFT LLP
                    Jonathan M. Hoff (ct25089)
                    Jasmine Khalili (ct25090)
                    100 Maiden Lane
                    New York, New York 10038
                    Telephone: (212) 504-6000
                    Facsimile: (212) 504-6666

                    Their Attorneys

**CERTIFICATION**

    This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, this 19th day of December, 2003, to:

    Andrew Schatz, Esq.
    Patrick Klingman, Esq.
    Schatz & Nobel, P.C.
    330 Main Street
    Hartford, CT 06106-1851

    Keith M. Fleischman, Esq.
    Mark T. Millkey, Esq.
    Michael S. Bigin, Esq.
    Bernstein Liebhard & Lifshitz, LLP
    10 East 40th Street
    New York, NY 10016

                                                    _____
                                                      Terence J. Gallagher