UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRAZIER, *et al.*, ) | |
| ) | |
| v. ) | No. 3:03-CV-00358 (JBA) |
| ) | |
| VITALWORKS, INC., *et al.*, ) | June 23, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Patrick A. Klingman respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Lead Plaintiff in the above-captioned action. Attorney Justin S. Kudler (ct25167) is simultaneously entering an appearance in this action, and will serve as counsel for Lead Plaintiff.

Respectfully submitted,

**LEAD PLAINTIFF**

By: _____
Patrick A. Klingman ct17813
Justin S. Kudler ct25167
**SCHATZ & NOBEL, P.C.**
20 Church Street  Suite 1700
Hartford, Connecticut  06103
(860) 493-6292

Keith M. Fleischman
Mark T. Millkey
Michael S. Bigin
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
(212) 779-1414

Attorneys for Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2004, a copy of the foregoing was sent, via first class mail, postage prepaid, to the following:

Jonathan Hoff  
Jasmine Khalili  
**Cadwalader, Wickersham & Taft LLP**  
100 Maiden Lane  
New York, New York  10023

Jonathan B. Tropp  
Terence J. Gallagher  
**Day Berry & Howard, LLP**  
One Canterbury Green  
Stamford, Connecticut  06901

_____  
Patrick A. Klingman