UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FRAZIER**                         :

**v.**                              :        NO. 3:03cv358 (JBA)

**VITAL WORKS**                     :

<u>**ENDORSEMENT ORDER [DOC. #43]**</u>

Motion for Leave to Withdraw Appearance [doc. #43] is GRANTED.  The Court notes the appearance on the record of Attorney Kudler.

IT IS SO ORDERED.

_____            Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   <u>**June 28, 2004**</u>