UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Bernard Frazier, on behalf of himself and all others similarly situated and Fuller & Thaler Asset Management, Inc. | |
| -vs- | Civil No. 3:03CV358(JBA) LEAD |
| Vital Works Inc., Joseph M. Walsh, Stephen N. Kahane and Michael A. Manto | |

---

Richard Pardo,, on behalf of himself
and all others similarly situated

    -vs-                                     Civil No. 3:03CV480(JBA)
                                                  MEMBER

Vital Works Inc., Joseph M. Walsh,
Stephen N. Kahane and Michael
A. Manto

---

Thomas C. Gallo, Jr., On behalf of himself
and all others similarly situated

    -vs-                                       Civil No. 3:03CV699(JBA)
                                                  MEMBER

Vital Works Inc., Joseph M. Walsh,
Stephen N. Kahane and Michael
A. Manto

---

Janet Pincus, On behalf of herself
and all others similarly situated

    -vs-                                       Civil No. 3:03CV700(JBA)
                                                  MEMBER

Vital Works Inc., Joseph M. Walsh,
Stephen N. Kahane and Michael
A. Manto

EOD: _____

## JUDGMENT

This action came on for consideration on defendants' motion to dismiss the consolidated class action complaint before the Honorable Janet Bond Arterton, United States District Judge. On September 30, 2004, a Ruling on Defendants' Motion to Dismiss Consolidated Class Action Complaint entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and these cases are dismissed.

Dated at New Haven, Connecticut, this 1st day of October, 2004.

KEVIN F. ROWE, CLERK

By     /s/
      Lori Inferrera
      Deputy-in-Charge